JACK S. DWECK*
H.P. SEAN DWECK**

CHRISTOPHER S. FRASER***

ERIC J. SCHMERTZ
  1925-2010
     .
  * ADMITTED TO N.Y. CONN. AND FLA. BARS
 ** ADMITTED TO N.Y. AND PA. BARS
*** ADMITTED TO N.Y. AND N.J. BARS

# THE DWECK LAW FIRM, LLP

10 ROCKEFELLER PLAZA

NEW YORK, N.Y. 10020

TELEPHONE: (212) 687-8200
FACSIMILE: (212) 697-2521

WWW.DWECKLAW.COM

WESTCHESTER OFFICE
901 NORTH BROADWAY
NORTH WHITE PLAINS, N.Y. 10603
NOT FOR SERVICE OF PAPERS

CONNECTICUT OFFICE
GRAVEL ISLAND ROAD
NEW CANAAN, CT 06840
(203) 972-3000
NOT FOR SERVICE OF PAPERS

December 16, 2019

**MEMO ENDORSED**

*Via ECF*
Hon. Ona Wang
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re: **Ralph Compagnone v. MJ Licensing Company 18 cv. 06227 (ALC)(OTW)**

Honorable Magistrate Judge Wang:

    This undersigned attorneys represent the Plaintiff in the above referenced action.

    By Order dated December 12, 2019, Docket Entry 43, Your Honor directed that Plaintiff turn over tax returns for the relevant years. As Your Honor is aware, the tax returns in question are joint tax returns and contain private and confidential information of Plaintiff's spouse who is a non-party to this lawsuit. Notwithstanding the fact that a Protective Order will govern the handling of the documents, I am requesting permission to redact the following:

    1. The social security number of the non-party spouse;
    2. Other private and confidential information related to the non-party spouse which is completely unrelated to Plaintiff's earnings.

    I have the tax returns in my possession and will be presenting a proposed protective order to counsel. However, the request herein is made on behalf of the non-party spouse who would not like her private and confidential information disclosed to third parties.

**Application Granted in Part and Denied in Part.** Plaintiff may redact **only** the social security number of the non-party spouse. Plaintiff is directed to produce the tax returns by **December 20, 2019**. Failure to do so will result in sanctions of $25 per day until they are produced.
**SO ORDERED.**

_____
Ona T. Wang         12/17/2019
U.S. Magistrate Judge

Respectfully submitted,
The Dweck Law Firm, LLP
*s/ HP Sean Dweck*
H.P. Sean Dweck

1