THE DWECK LAW FIRM, LLP

JACK S. DWECK*
H.P. SEAN DWECK**

CHRISTOPHER S. FRASER***

ERIC J. SCHMERTZ
  1925-2010
    .
  * ADMITTED TO N.Y. CONN. AND FLA. BARS
 ** ADMITTED TO N.Y. AND PA. BARS
*** ADMITTED TO N.Y. AND N.J. BARS

10 ROCKEFELLER PLAZA
NEW YORK, N.Y. 10020

TELEPHONE: (212) 687-8200
FACSIMILE: (212) 697-2521

WWW.DWECKLAW.COM

WESTCHESTER OFFICE
901 NORTH BROADWAY
NORTH WHITE PLAINS, N.Y. 10603
NOT FOR SERVICE OF PAPERS

CONNECTICUT OFFICE
GRAVEL ISLAND ROAD
NEW CANAAN, CT 06840
(203) 972-3000
NOT FOR SERVICE OF PAPERS

December 20, 2019

**Application Denied.**

**SO ORDERED.**

_____
Ona T. Wang     12/20/2019
U.S. Magistrate Judge

*Via ECF*
Hon. Ona Wang
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re: **Ralph Compagnone v. MJ Licensing Company 18 cv. 06227 (ALC)(OTW)**

Honorable Magistrate Judge Wang:

    This undersigned represent the Plaintiff in the above referenced action.

    By Your Honors prior orders Plaintiff was directed to turn over tax returns for the relevant years. As directed, Plaintiff turned over the joint tax returns and the accompanying 1099's. As Your Honor is aware, the tax returns in question are joint tax returns and contain private and confidential information of Plaintiff's spouse who is not a party to this lawsuit is not. Your Honor permitted Plaintiff to redact the spouse/non-party's social security numbers but nothing else. Pursuant to the recently So Ordered Protective Order the documents were designated Confidential.

    Inasmuch as a significant if not majority of the information contained in those tax returns relates to the non-party/spouse I made a request to defense counsel that the information be designated "For Attorneys Eyes Only." He disagreed.

    Based upon the information that has been turned over there is absolutely no basis for the named defendants to see or have access to the information contained in the tax documents. As such, I respectfully request that Your Honor order that the information, (Bates Stamped P110 – P367) be designated ""For Attorneys Eyes Only" until or unless there is a Court Order changing such designation.

                            Respectfully submitted,
                              The Dweck Law Firm, LLP
                            *s/ HP Sean Dweck*
                            H.P. Sean Dweck

Cc: Counsel – via ECF

1