UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
RALPH COMPAGNONE,

               Plaintiff,

               -against-

MJ LICENSING CO., et al.,

               Defendants.
------------------------------------------------------------x

18-CV-6227 (ALC) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge:**

The Court has reviewed the numerous letters submitted by the parties in the last 36 hours. (*See* ECF 52, 53, 54, and 55).

Plaintiff is directed to make every effort in good faith to produce the emails in hard copy by January 18, 2020. Parties are directed to proceed with Plaintiff's deposition on January 21, 2020 without prejudice to a later application from Defendants to continue the deposition after defense counsel has had adequate time to review the emails. At this time, the Court declines to shift costs for production of the emails in hard copy.

The Court notes that the individual rules of the undersigned require parties to meet and confer in good faith in pursuit of resolving disputes before seeking assistance from the Court. The Court expects that, going forward, counsel will conduct themselves with more civility than they have shown in ECF 52-55. Failure of counsel to treat each other properly in the future may result in sanctions.

A status conference will be held on **March 18, 2020 at 10:00 a.m.** A joint status letter is due by March 11, 2020 detailing what discovery has been completed to date, what else must to

be done, and what issues remain in dispute. The Court reminds the parties that they are to file a **<u>single</u>**, **<u>joint</u>** letter.

**SO ORDERED.**

Dated: January 15, 2020
      New York, New York

    *s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge