**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

RALPH COMPAGNONE,                                           :
                                                            :
           Plaintiff,        :     18-CV-6227 (ALC) (OTW)
                                                            :
          -against-                       :     **ORDER**
                                                            :
MJ LICENSING COMPANY, et al.,                               :
                                                            :
           Defendants.       :
                                                            :
                                                            :
-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge:**

The Court held a show cause hearing in this matter on February 11, 2020. Pursuant to the directions given during the hearing:

- The Court finds that Plaintiff has fulfilled his obligation regarding production of the emails.

- Discovery is extended until **March 31, 2020**.

- The status conference scheduled for March 18, 2020 is adjourned. A rescheduled conference will be held on **April 9, 2020 at 10:30 a.m.**

The parties have been warned at least two times that they are required to meet and confer in good faith before seeking the Court's assistance, and not to engage in further letter writing campaigns. This has not happened. **Any letter to the Court should set forth in detail sufficient facts to show that the parties have met and conferred in good faith. Failure to do so may subject the bad actor to sanctions without further notice from the Court.**

The Clerk is respectfully directed to close ECF 57.

**SO ORDERED.**

_s/ Ona T. Wang_

Dated: February 12, 2020                    **Ona T. Wang**
      New York, New York                    United States Magistrate Judge