# MEMO ENDORSED

**Bernbach Law Firm PLLC**

PO Box 341
Quogue, New York 11959
(Tel.) 917-509-8560
Bernbachlawfirm@verizon.net

February 24, 2021

Hon. Ona T. Wang
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, NY 10007

Re: <u>Ralph Compagnone v. MJ Licensing Company et al.</u>, Civil Action No. 1:18-cv-06227 (AC)

Dear Judge Wang:

We represent defendants in connection with the above-referenced action and write to request an adjournment of tomorrow's conference because I will be unavailable at the scheduled time due to long standing doctors' appointments for myself and my wife. Thank you for your consideration.

Respectfully submitted,

Jeffrey M. Bernbach

Cc: H.P. Sean Dweck (Via ECF)

JMB/rc

---

The telephonic post-discovery status conference scheduled for today, February 25, 2021 is hereby adjourned to **March 11, 2021 at 11:30 am**. Pursuant to my Individual Practices in Civil Cases, the parties must file a joint proposed agenda at least 3 business days before the conference.

**SO ORDERED.**

_____
Ona T. Wang 2/25/21
U.S.M.J.