UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
RALPH COMPAGNONE,

              Plaintiff,

              -against-

MJ LICENSING COMPANY, et al.,

              Defendants.

------------------------------------------------------------x

18-CV-6227 (ALC) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge:**

It has come to the Court's attention that Defendant's counsel, Jeffrey M. Bernbach, has not filed a Notice of Appearance in this matter. Mr. Jeffrey M. Bernbach is ordered to do so by **April 16, 2021**.

    **SO ORDERED.**

Dated: April 8, 2021
       New York, New York

       _s/ Ona T. Wang_
       **Ona T. Wang**
       United States Magistrate Judge