**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
RALPH COMPAGNONE,

                     Plaintiff,         18-CV-6227 (ALC) (OTW)

       -against-         **ORDER**

MJ LICENSING COMPANY, et al.,

                     Defendants.
-----------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed ECF Nos. 110-113. The Court will construe paragraph 2 in ECF 111 as a motion for Defendant's counsel, Mr. Bernbach, to withdraw, or, in the alternative, a motion for substitution of counsel. Defendants have until **August 22, 2022** to file a substitution of counsel or inform the Court that they will be proceeding *pro se.*

The case is **stayed** until August 22, 2022. All deadlines in ECF 109 are adjourned *sine die.* Defendants are warned that failure to either substitute counsel or notify the Court of their intent to proceed *pro se* by August 22, 2022, may result in the Court construing their lack of action as a decision not to defend the case, and the Court may enter further orders as necessary and/or appropriate.

If Defendants choose to proceed *pro se*, they must submit their addresses, telephone numbers, and email addresses at which they can be reached to the Court's *Pro Se* Office. The *Pro Se* Office is located in the United States Courthouse, 40 Foley Square, Room 105, New York, New York (telephone 212-805-0175) and can assist *pro se* litigants in connection with court procedures. The Court also notes that there is a legal clinic in this District to assist individual

parties in civil cases who do not have lawyers.  The Clinic is run by a private organization called the New York Legal Assistance Group; it is not part of, or run by, the Court. The Clinic is located in the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York, in Room LL22.

**SO ORDERED.**

Dated: July 22, 2022
      New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge