**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
RALPH COMPAGNONE,

                        Plaintiff,                    18-CV-6227 (ALC) (OTW)

              -against-                            **ORDER**

MJ LICENSING COMPANY, et al.,

                      Defendants.

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed ECF 118. The in-person status conference previously scheduled for September 15 is hereby adjourned to **September 20, 2022, at 11:00 a.m.** All other directives in ECF 117 are unchanged.

**SO ORDERED.**

                                                                   _s/ Ona T. Wang_

Dated: August 26, 2022                      **Ona T. Wang**
       New York, New York            United States Magistrate Judge