

**Zabell & Collotta, P.C.**
1 Corporate Drive
Suite 103
Bohemia, New York 11716
Tel.  631-589-7242
Fax. 631-563-7475
www.Laborlawsny.com

Counseling and Advising Clients Exclusively on Laws of the Workplace

**Saul D. Zabell**
Email:  SZabell@laborlawsny.com

September 19, 2022

<u>VIA</u> ELECTRONIC CASE FILING

The Honorable Ona Wang
United States Magistrate Judge
United States District Court - SDNY
500 Pearl Street
New York, NY  10007

**MEMO ENDORSED.**

Re:   Ralph Compagnone v.  MJ Licensing Company
       18 cv. 06227 (ALC)(OTW)

Your Honor:

This firm is counsel to Defendants in the above-referenced action. We write the Court based upon the Fifteenth Amended Standing Order of Chief United States District Judge Laura Taylor Swain regarding Coronavirus/COVID-19 Pandemic, dated September 7, 2022 ("Standing Order").  The undersigned has experienced symptoms of COVID-19 within the past five (5) days and based upon the Standing Order do not believe I will be allowed in the Courthouse. I have consulted my adversary, who has consented to my writing the Court seeking an adjournment of the in-person conference scheduled before Your Honor on September 20, 2022 at 11:00AM or transferring the in-person conference to a virtual appearance. The parties' preferences is to have an in-person conference, but we do not wish to delay this matter.

Defendants thank the Court for its attention to this matter and remain available should Your Honor require additional information regarding this submission.

Respectfully submitted,

**ZABELL & COLLOTTA, P.C.**

*Saul D. Zabell*

cc:   *H.P. Sean Dweck, Via ECF*

---

Application **GRANTED**. The September 20, 2022 status conference is hereby adjourned to **Thursday**, **October 6, 2022 at 3:00 p.m.** The parties shall submit a joint proposed conference agenda by October 4, 2022.

**SO ORDERED.**

_____
Ona T. Wang          9/19/22
U.S.M.J.