**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
RALPH COMPAGNONE,

                           Plaintiff,                      18-CV-6227 (ALC) (OTW)

         -against-                           **ORDER**

MJ LICENSING COMPANY, et al.,

                          Defendants.
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court held a status conference in this matter on October 20, 2022.

By **November 18, 2022**, the parties shall submit a joint status letter addressing the issues discussed at the October 20, 2022 status conference. The Court encourages the parties to order a copy of the transcript of the October 20, 2022 status conference, split the costs 50-50, and review the transcript to ensure they address all issues.

**SO ORDERED.**

                                                       _s/ Ona T. Wang_

Dated: October 20, 2022                     **Ona T. Wang**
       New York, New York            United States Magistrate Judge