**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

RALPH COMPAGNONE,

                      Plaintiff,              18-CV-6227 (ALC) (OTW)

        -against-                  **ORDER**

MJ LICENSING COMPANY, et al.,

                      Defendants.

---

**ONA T. WANG, United States Magistrate Judge:**

The Court held a status conference in this matter on January 24, 2023.

Pursuant to rulings made on the record at the status conference, the parties shall file a joint status letter **by February 3, 2023**. The stay on the case is lifted.

The deadline to complete discovery is extended to February 24, 2023.

**SO ORDERED.**

Dated: January 24, 2023                            *s/ Ona T. Wang*
       New York, New York                   **Ona T. Wang**
                                               United States Magistrate Judge