**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

RALPH COMPAGNONE,

                         Plaintiff,                         18-CV-6227 (ALC) (OTW)

        -against-                                **ORDER**

MJ LICENSING COMPANY, et al.,

                         Defendants.

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed the parties' submissions made in connection with Plaintiff's Motion for Sanctions (ECF 93). It is unclear from the parties' papers whether they have adduced sufficient facts necessary to resolve Plaintiff's Motion. Accordingly, the parties shall meet and confer to propose a short plan for spoliation discovery. Specifically, the parties shall file a joint letter **by February 24, 2023**, informing the Court whether they intend to depose any of the following individuals, and if so, when they would plan to do so:

- Jeffrey Dash;
- Gianni Russo;
- the IT consulting firm XMLA (*see* ECF 63);
- Joseph N. Zarro, Esq. (*see* ECF 94-3).

The parties shall further inform the Court in the February 24 letter whether any additional discovery is necessary to resolve Plaintiff's Motion.

**SO ORDERED.**

Dated: February 14, 2023
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge