**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------x
                                                           :
RALPH COMPAGNONE,                                          :
                                                           :
                              Plaintiff,                   :   18-CV-6227 (ALC) (OTW)
                                                           :
              -against-                                    :   ORDER
                                                           :
MJ LICENSING COMPANY, et al.,                              :
                                                           :
                              Defendants.                  :
                                                           :
-----------------------------------------------------------x
```

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed ECF 144.

Defendants shall file any supplements to prior counsel's submissions in opposition to Plaintiff's spoliation motion by **April 28, 2023**.

**SO ORDERED.**

|  |  |
|---|---|
|  | _s/ Ona T. Wang_ |
| Dated: March 6, 2023 | **Ona T. Wang** |
| New York, New York | United States Magistrate Judge |