UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
:
RALPH COMPAGNONE,                                            :
:
                           Plaintiff,        :        18-CV-6227 (ALC) (OTW)
:
            -against-                             :        **ORDER**
:
MJ LICENSING COMPANY, et al.,                                :
:
                         Defendants.       :
:
-------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed ECF No. 147 and 148, indicating that the parties have reached a settlement and seek my approval of the settlement under *Cheeks v. Freeport Pancake House*, 796 F.3d 199, 206 (2d Cir. 2015). Upon review of the settlement agreement, it appears that the parties would request that I also exercise jurisdiction to enforce the settlement. As a magistrate judge, I can only approve the parties' settlement under *Cheeks* and enforce that settlement if the parties consent to my jurisdiction under 28 U.S.C. § 636(c)(1). Accordingly, the Court directs the parties to meet and confer and, if they all consent to my jurisdiction, to complete the Consent to Proceed Before a Magistrate Judge form at https://www.nysd.uscourts.gov/forms/consent-proceed-us-magistrate-judge and file it no later than **May 15, 2023**.

       SO ORDERED.

                                                                       *s/ Ona T. Wang*

Dated: May 1, 2023                                       **Ona T. Wang**
       New York, New York                      United States Magistrate Judge