**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
:
RALPH COMPAGNONE, :
:
                         Plaintiff, :    18-CV-6227 (OTW)
:
               -against- :    **ORDER**
:
MJ LICENSING COMPANY, et al., :
:
                        Defendants. :
:
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The parties submitted a proposed Settlement Agreement on May 8, 2023. (ECF 148). On May 10, 2023, the parties consented to my jurisdiction (ECF 150), and on May 15, 2023, the case was assigned to me for all purposes. (ECF 151).

Having reviewed the parties' proposed Settlement Agreement (ECF 148-1), I find that the Agreement is fair and reasonable under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). The Court has been following the settlement discussions in this case since its inception, and finds that the Agreement here was the product of extensive and hard-fought bargaining between experienced counsel, and there is no evidence to the contrary. There is additionally nothing in the record to suggest that fraud or collusion played a role in the settlement.

Accordingly, the parties' proposed Settlement Agreement is **APPROVED** as fair and reasonable. The Clerk of Court is respectfully directed to terminate all open motions and close the case.

**SO ORDERED.**

Dated: May 18, 2023
      New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge